UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 7:20-CR-361 |
| § | |
| SERGIO SOSA § | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS**

**WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the Indictment in the above-numbered cause be dismissed without prejudice in the interest of justice.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss wihtout Prejudice the Indictment numbered 7:20-CR-361 against Sergio Sosa in all things be Granted.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

/s/Theodore V. Parran

Theodore V. Parran III
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On or before July 13, 2023, I conferred with Cesar De Leon, attorney for the defendant, and he indicated that there is no opposition to the Government's motion to dismiss without prejudice.

/s/Theodore V. Parran
Theodore V. Parran
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed, hand delivered, or e-mailed via ECF to Cesar De Leon, attorney of record, on this the 13th day of July, 2023.

/s/Theodore V. Parran
Theodore V. Parran
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 7:20-CR-361 |
| SERGIO SOSA | § | |

## ORDER

Came on to be considered Government's Unopposed Motion to Dismiss the Indictment without prejudice numbered 7:20-CR-361 against defendant Sergio Sosa for the stated reason of the interest of justice. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that Indictment numbered 7:20-CR-361 against defendant Sergio Sosa is hereby dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service, counsel for defendant, and counsel for the Government.

SIGNED on this the _____ day of _____, 2023 at McAllen, Texas.

HON. RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE